THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A) and (F), Ala.R.App.P.; Rule 19(a), Ala. R. Civ. P.; Rule 63, Ala. R. Civ. P.; Johnson v. Northpointe Apts., 744 So.2d 899 (Ala.1999); Brown v. Campbell, 536 So.2d 920 (Ala.1988); and City Car Sales v. McAlpin, 380 So.2d 865 (Ala.Civ.App.1979).
Appellee’s request for an attorney fee is denied.
*799 YATES, P.J., and CRAWLEY and PITTMAN, JJ., concur.
MURDOCK, J., concurs in part and dissents in part.